# United States District Court

Southern **DISTRICT OF** California

FILED 2008 AUG -1 PM 12: 13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| In the Matter of the Search of (Name, address or brief description of person or property to be searched) Express Mail parcel EH 269777466 US addressed to Tony Walker, 7448 Fenner Street, 1, Norfolk, VA 23505 from Terrance Walker, 5803 Winchester Street, San Diego, CA 92139. | **SEARCH WARRANT** CASE NUMBER: 08 MJ 2386 |
|---|---|

TO:    Kim A. Kelly, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Kim A. Kelly    who has reason to
                                              Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
Express Mail parcel EH 269777466 US addressed to Tony Walker, 7448 Fenner Street, 1, Norfolk, VA 23505 from Terrance Walker, 5803 Winchester Street, San Diego, CA 92139.

in the Southern    District of California    there is now concealed a certain person or property, namely (describe the person or property)

> Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    Jan M. Adler
                                                                                                    U. S. Judge or Magistrate
as required by law.

7/29/08 @ 12:37 p.m    at    San Diego, CA
Date and Time Issued          City and State

Jan M. Adler                                      [signature]
Name and Title of Judicial Officer    U.S. Magistrate Judge    Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 7/29/08 | DATE AND TIME WARRANT EXECUTED 1600 7/29/08 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH US Postal Service |
| INVENTORY MADE IN THE PRESENCE OF PI Bob Neve | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

2211.7 grams of marijuana

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

_U.S. Judge_     _Date 8/1/08_